AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Hugh Harold Russell, III<br>*Plaintiff*<br>v.<br>B.M.U. Team 3, B.M.U. Member #1, F.N.U.L.N.U. and LT. Brown<br>*Defendant* | Civil Action No.   4:17-cv-156-DCN |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge.

Date:  March 27, 2017                                              *CLERK OF COURT*

                                                                    s/Debbie Stokes
                                                        *Signature of Clerk or Deputy Clerk*